# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 18, 2026

Lyle W. Cayce
Clerk

No. 25-20517
Summary Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDUARDO RAMIRO GONZALEZ-LEAL,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CR-519-1

_____

Before DAVIS, WILSON, and DOUGLAS, *Circuit Judges*.

PER CURIAM:[*]

Eduardo Ramiro Gonzalez-Leal pleaded guilty to illegal reentry after removal and was sentenced to 76 months of imprisonment. On appeal, he argues only that the written judgment must be conformed to comply with the oral pronouncement that his federal sentence will run concurrently with an undischarged state sentence. We agree with Gonzalez-Leal and the

_____

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-20517

Government that the written judgment must be conformed to comply with the district court's oral pronouncement. *See* FED. R. CRIM. P. 36; *United States v. Illies*, 805 F.3d 607, 610 (5th Cir. 2015).

Accordingly, the judgment is AFFIRMED. We REMAND the case to the district court for the limited purpose of correcting the clerical error in the judgment.